IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOUBYOUNG PARK,

    Plaintiff,

vs.                                              Civ. No. 11-987 KG/RHS

ADAM GAITAN, JOHN DYKES,
& JOHN BARRICKLOW,
in their individual capacities,

    Defendants.

## PARTIAL DISMISSAL AND PARTIAL SUMMARY JUDGMENT

    Having granted, in part, Defendants Gaitan's, Dyke's and Barricklow's Motion for Summary Judgment (Doc. 37) by a Memorandum Opinion and Order entered contemporaneously with this Partial Dismissal and Partial Summary Judgment,

    IT IS ORDERED that:

    1.  the Fourteenth Amendment claims brought in Counts I and II of the First Amended Complaint for Violation of Civil Rights (Doc. 54) (First Amended Complaint) are dismissed without prejudice;

    2.  summary judgment is entered in favor of Defendants Adam Gaitan, John Dykes, and John Barricklow on the Fourth Amendment claims brought in Counts I and II of the First Amended Complaint;

    3.  the Fourth Amendment claims brought in Counts I and II of the First Amended Complaint are dismissed with prejudice;

    4.  summary judgment is entered in favor of Defendants Adam Gaitan, John Dykes, and John Barricklow on Count III of the First Amended Complaint; and

5. Count III of the First Amended Complaint is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE