IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**YOUBYOUNG PARK**

    **Plaintiff,**

v.                                        No. 1:11-cv-00987 KG/RHS

**ADAM GAITAN, JOHN DYKES,
& JOHN BARRICKLOW,**
in their individual capacities,

    **Defendants.**

## ORDER EXTENDING DEADLINES
## FOR SUBMITTING PRETRIAL ORDER

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Extend Deadlines for Submitting Pretrial Order (Doc. 84) filed December 11, 2014. The Court has considered the motion, as well as the pleadings on file in the above-captioned cause, and hereby finds that the reasons stated in the motion provide good cause for granting the relief requested therein pursuant to Fed. R. Civ. P. 16.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Extend Deadlines for Submitting Pretrial Order (Doc. 84) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The deadline for Plaintiff to submit his portion of the proposed Pretrial Order to Defendant is extended from **Friday, December 12, 2014**, until **Monday, January 12, 2015**.

2. The deadline for Defendant to submit the proposed Pretrial Order to the Court is extended from **Monday, December 19, 2013**, until **Tuesday, January 20, 2015**.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

  /s/  Arne R. Leonard
Paul J. Kennedy
Arne R. Leonard
Justine Fox-Young
Paul Kennedy & Associates
201 12th Street N.W.
Albuquerque, New Mexico 87102
(505) 842-8662 mailto:pkennedy@kennedyhan.com

Attorneys for Plaintiff


Approved by:

   email approval 12-10-14
Deborah D. Wells
Kennedy, Moulton & Wells, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico  87110
(505) 884-7887

Attorneys for Defendant