IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YOUBYOUNG PARK,

    Plaintiff,

vs.                                      Civ. No. 11-987 KG/CG

ADAM GAITAN, in his
individual capacity,

    Defendant.

## FINAL SUMMARY JUDGMENT

Having granted Defendant Adam Gaitan's Motion for Summary Judgment on Plaintiff's First Amendment Claim (Doc. 66) by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Adam Gaitan on Count IV of the First Amended Complaint for Violations of Civil Rights (First Amended Complaint) (Doc. 54);

2. Count IV of the First Amended Complaint is dismissed with prejudice; and

3. this case is now terminated.

_____
UNITED STATES DISTRICT JUDGE