IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**YOUBYOUNG PARK,**

    **Plaintiff,**

**v.**                              No. 11-CV-00987 KG/CG

**ADAM GAITAN, JOHN DYKES,
& JOHN BARRICKLOW,
in their individual capacities,**

    **Defendants.**

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the stipulation of all parties, and the parties having resolved the matter,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above captioned matter is dismissed with prejudice in its entirety.

_____
UNITED STATES DISTRICT JUDGE


Approved:

_/s/ Paul J. Kennedy_____
Paul J. Kennedy
Arne R. Leonard
Attorneys for Plaintiff


_/s/  Deborah D. Wells_____
Deborah D. Wells
Attorney for Defendants